IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ALONZO G. DAVISON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-17-1225-M |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | ) | |
| Defendants. | ) | |

## ORDER

On April 6, 2018, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice for plaintiff's failure to comply with the Court's orders. Plaintiff was advised of his right to object to the Report and Recommendation by April 23, 2018. A review of the file reveals that no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on April 6, 2018, and

(2) DISMISSES this action without prejudice for plaintiff's failure to comply with the Court's orders.

**IT IS SO ORDERED this 4th day of May, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE